IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STEPHEN JONES**                                                                                 **PLAINTIFF**

**v.**                          **CASE NO. 4:22-CV-00075-BSM**

**JOSEPH P. MAZZANTI, III**
*Public Defender (Managing Attorney),*
*10th Judicial District Courts*                                    **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 4th day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE